|   |   |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-00634-JAM-CSK |
|   | No. 2:25-cv-00635-JAM-CSK |
|   | No. 2:25-cv-00637-JAM-CSK |
|   | No. 2:25-cv-00642-JAM-CSK |
|   | No. 2:25-cv-00645-JAM-CSK |
|   | No. 2:25-cv-00649-JAM-CSK |
|   | No. 2:25-cv-00650-JAM-CSK |
|   | No. 2:25-cv-00653-JAM-CSK |
|   | No. 2:25-cv-00655-JAM-CSK |
|   | No. 2:25-cv-00676-JAM-CSK |
|   | **ORDER** |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

   The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

   Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00634, 2:25-cv-00635, 2:25-cv-00637, 2:25-cv-00642, 2:25-cv-00645, 2:25-cv-00649, 2:25-cv-00650, 2:25-cv-00653, 2:25-cv-00655 and 2:25-cv-00676 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: March 05, 2025                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE

2